IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ANTHONY HERRON,**

        **Plaintiff,**

v.                                                              Case 2:12-cv-02852-SHM-cgc

**CCS CORRECT CARE SOLUTIONS/
SHELBY COUNTY DEPARTMENT
OF CORRECTION,**

        **Defendant.**

**ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS**

On September 26, 2012, Plaintiff Anthony Herron, a resident of Memphis, Tennessee, filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. (Docket Entry "D.E." #1), along with a motion seeking leave to proceed in forma pauperis (D.E. #2). On October 2, 2012, the District Court granted the motion to proceed in forma pauperis. (D.E. #3). The Clerk shall record the Defendant as CCS Correct Care Solutions/ Shelby County Department of Correction.

It is ORDERED that the Clerk shall issue process for Defendant and deliver that process to the marshal for service. Process shall include a copy of Plaintiff's Complaint. Service shall be made on Defendant pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure. All costs of service shall be advanced by the United States.

It is ORDERED that Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of

this Court.

Plaintiff shall promptly notify the Clerk of any change of address or whereabouts.  Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

**IT IS SO ORDERED** this 25th day of September, 2013.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE
