UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**ANTHONY HERRON,**

    **Plaintiff,**

**VS.**                                                            **NO. 12-2852-Ma**

**CCS CORRECT CARE**
**SOLUTIONS/SHELBY COUNTY**
**DEPARTMENT OF CORRECTION,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order Adopting the Magistrate Judge's Report and Recommendation, docketed March 19, 2014.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *March 19, 2014* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |